1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                              )
8    ROBERT C. BONJORNI, *et al.*,                     )
                                                              )         Case No. C11-1841RSL
9                               Plaintiffs,              )
                    v.                                        )
10                                                            )         ORDER DENYING
     WELLS FARGO BANK, N.A.,                          )         RECONSIDERATION
11                                                            )
                               Defendant.                 )
12   _____)

13

14          On April 2, 2012, plaintiffs filed a "Motion for Court to Reconsider Order of

15   Dismissal and Motion for Leave to Supplement and Amend Complaint" in the above-captioned

16   matter.  Dkt. # 22.  Motions for reconsideration must be filed within fourteen days of the date of

17   the Order at issue and, even when timely filed, are disfavored in this district.  Local Civil Rule

18   7(h).  Plaintiffs offer no explanation for their tardy filing.  The motion for reconsideration is

     therefore denied as untimely.

19          Nor have plaintiffs shown "manifest error in the prior ruling" or "new facts or

20   legal authority which could not have been brought to [the Court's] attention earlier without

21   reasonable diligence."  Local Civil Rule 7(h)(1).  Plaintiffs argue that a consent decree to which

22   defendant is a party may be relevant to this case, but make no attempt to explain its relevance, to

23   provide a proposed amended pleading, or to otherwise show that reconsideration and/or

24   amendment would be anything but futile.[1]  Plaintiffs' claims were dismissed for a number of

25

26
_____

          [1] Instead, plaintiffs make sweeping statements that convey no actual information, such as
     providing a summary of mortgage litigation around the country "to present some of the issues that are

ORDER DENYING RECONSIDERATION

1   reasons, and none of them could be cured by amendment.

2

3           For all of the foregoing reasons, plaintiffs' motion for reconsideration and/or

4   amendment is DENIED.

5

            Dated this 4th day of April, 2012.

6

7                                          *Robert S. Lasnik*

8                                          Robert S. Lasnik
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

part of the issues that will be part of the recently discovered information we pray the Court will allow in
the requested supplemental pleading." Dkt. # 22 at 4.

ORDER DENYING RECONSIDERATION                        -2-